# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2656
_____

Charles Allen Richards

*Plaintiff - Appellant*

v.

City of Des Moines Police Department; Drake University; Mark Risvold; Brett
Tamminga; Unnamed Individuals

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines
_____

Submitted: April 23, 2018
Filed: May 3, 2018
[Unpublished]
_____

Before WOLLMAN, LOKEN, and KELLY, Circuit Judges.
_____

PER CURIAM.

Charles Richards appeals the district court's[1] adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action arising out of an incident on Drake University's campus. Upon careful de novo review, see Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (grant of summary judgment is reviewed de novo), we affirm for the reasons stated in the district court's order, see 8th Cir. R. 47B.

_____

---

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.